IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02221-MSK-BNB

ROBERTA RAY,

Plaintiff,

v.

INTERNATIONAL BANK, INC., a New Mexico
State Bank and Corporation,
MATTORANO HOMES, INC., a Colorado Corporation,
ANTHONY MATTORANO, an individual,
CLIFF SANTISTEVAN, an individual,
IRWIN MORTGAGE, Inc., and Indiana Corporation,
MARIE IIAMS, an individual,
KRISTIE ALLEN, an individual,
MARY HIGHLINE, an individual,
BELIEVER'S REALTY, INC., a Colorado Corporation,
RONALD L. SCHMEITS, an individual,
RICK TRICE, an individual,
STEPHEN MCCONNELL, ESQ., an individual,
ANTHONY ABEYTA, a Public Trustee
of Las Animas County, and DOES I THRU X,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Motion to Supplement International Bank's Counterclaim** (the "Motion to

Supplement"), filed June 17, 2005; and

(2)     Plaintiff's **Motion to Amend Complaint to Join Additional Defendant** (the

"Motion to Amend"), filed June 27, 2005.

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Supplement is GRANTED.  The Clerk of the Court is directed to accept for filing the Supplement to International Bank's Counterclaim attached as Exhibit A to the Motion to Supplement.  Any response to the Supplement shall be filed on or before **August 4, 2005**.

IT IS FURTHER ORDERED that the Motion to Amend is DENIED for failure to comply with D.C.COLO.LCivR 7.1A and for failure to submit a copy of the proposed amended complaint as an exhibit to the Motion to Amend.

Dated July 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge