IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02221-MSK-BNB

ROBERTA RAY,

Plaintiff,

v.

INTERNATIONAL BANK, INC., a New Mexico
State Bank and Corporation,
MATTORANO HOMES, INC., a Colorado Corporation,
ANTHONY MATTORANO, an individual,
CLIFF SANTISTEVAN, an individual,
IRWIN MORTGAGE, Inc., and Indiana Corporation,
MARIE IIAMS, an individual,
KRISTIE ALLEN, an individual,
MARY HIGHLINE, an individual,
BELIEVER'S REALTY, INC., a Colorado Corporation,
RONALD L. SCHMEITS, an individual,
RICK TRICE, an individual,
STEPHEN MCCONNELL, ESQ., an individual,
ANTHONY ABEYTA, a Public Trustee
of Las Animas County, and DOES I THRU X,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 10, 2005**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 20, 2005.

                                                           BY THE COURT:

                                                           /s/ Boyd N. Boland
                                                           United States Magistrate Judge