IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02221-MSK-BNB

ROBERTA RAY,

    Plaintiff,

v.

INTERNATIONAL BANK, INC., a New Mexico State Bank and Corporation,
MATTORANO HOMES, INC., a Colorado corporation,
ANTHONY MATTORANO, an individual,
CLIFF SANTISTEVAN, an individual,
IRWIN MORTGAGE, INC., an Indiana corporation,
MARIE IIAMS, an individual,
KRISTIE ALLEN, an individual,
MARY HIGHLINE,, an individual,
BELIEVER'S REALTY, INC., a Colorado corporation,
RONALD L. SCHMEITS, an individual,
RICK TRICE,
STEPHEN MCCONNELL, ESQ., an individual,
ANTHONY ABEYTA, as Public Trustee of Las Animas County, and
DOES I THRU X,

    Defendants.
_____

## ORDER  DISMISSING CASE WITH PREJUDICE AND DIRECTING CLERK TO CLOSE  CASE
_____

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice

**(#98)**.  Based upon the Stipulation, the Court orders that the case be dismissed with prejudice,

each party to bear that party's attorney fees and costs.  The Clerk shall close this case.

      DATED this 13th day of December, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge